UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO.** |
| | ) | |
| v. | ) | **VIOLATION:** |
| | ) | |
| | ) | 18 U.S.C. § 242 (Deprivation of |
| | ) | Rights Under Color of Law) |
| **MARCUS BIAS,** | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury Charges:

Introduction

At all times material to this Indictment:

1. **MARCUS BIAS** was a corrections officer at the District of Columbia Department of Corrections ("D.O.C."), a correctional facility located in the District of Columbia, that housed pretrial detainees who had been arrested on criminal charges under D.C. Superior Court's jurisdiction.

2. On or about June 12, 2019, J.W., a pretrial detainee, was being held at D.O.C. on a pending criminal charge.

3. On or about June 12, 2019, J.W. was handcuffed and being escorted within D.O.C. by corrections officers employed by D.O.C.

COUNT ONE
(Deprivation of Rights Under Color of Law)

4. Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

5.   On or about June 12, 2019, in the District of Columbia, **MARCUS BIAS**, while acting under color of law, willfully deprived J.W., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force amounting to punishment. Specifically, during escort, **MARCUS BIAS** pushed J.W. into a metal doorframe causing J.W.'s head and face to hit the metal doorframe. The offense resulted in bodily injury to J.W. and included the use of a dangerous weapon.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*Matthew Graves* /RNH

_____
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION